UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR P., <br>            Plaintiff, <br> v. <br> MARTIN J. O'MALLEY, <br>            Defendant. | Case No. 4:24-cv-02177-KAW <br> **JUDGMENT** <br> Re: Dkt. No. 22 |

On September 25, 2025, the Court granted Plaintiff's motion for summary judgment and denied Defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant, and remands the case to the Commissioner for further proceedings under sentence four. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 25, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge